UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re

Chapter **13**

**Robin K. M. Martini**

Case No. **20-35336**

Debtor(s)

-------------------------------------------------------------------X

# LOSS-MITIGATION REQUEST - BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

SERVIS ONE, INC DBA BSI FINANCIAL SERVICES; Loan ending in #2739; 115 Pearl Street, Kingston, NY 12401

## SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: **/s/ Robin K. M. Martini**  Date: **June 10, 2020**

Print Name: **Robin K. M. Martini**

Telephone Number: **845-775-4363**

E-mail Address (if any):