UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:  Case No: 20-35336-cgm

    Robin K. M. Martini  Chapter 13

                   Debtors.
_____X

## Objection of Servis One, Inc. d/b/a BSI Financial Services
## to Debtor's Chapter 13 Plan

AND NOW COMES, Servis One, Inc. d/b/a BSI Financial Services ("Mortgagee") secured creditor and mortgage lien holder on the premises owned by Debtor and located at 115 Pearl Street, Kingston, NY 12401 by its attorneys, Pincus Law Group, PLLC, who hereby avers as follows:

1. Mortgagee is a secured creditor by way of a mortgage representing a lien on Debtor's real property as set forth above.
2. Debtor filed the instant Chapter 13 Petition on March 7, 2020.
3. Mortgagee has filed a timely proof of claim.
4. As of the date of the filing of the instant Chapter 13 petition, the Debtor had mortgage arrears of $73,496.29. and an ongoing monthly payment amount of $1,517.71.
5. Debtor's proposed Chapter 13 Plan does not provide for a cure of arrears in the Plan and and/or does not provide for correct ongoing post-petition payment amount to Mortgagee.

WHEREFORE, Mortgagee respectfully requests that confirmation be denied and that Debtor be required to file an Amended Chapter 13 Plan providing for ongoing payments to Mortgagee and cure of arrears.

                                            /s/ Nicole LaBletta
                         By:    Nicole LaBletta, Esq.
                                Pincus Law Group, PLLC
                                425 RXR Plaza
                                Uniondale, NY 11556
                                (516) 699-8902

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                    Case No: 20-35336-cgm

   Robin K. M. Martini                    Chapter 13


                         Debtors.
_____X

## **CERTIFICATE OF SERVICE**

     I, Nicole LaBletta, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully certify that I am not a party to this action, am over 18 years of age and reside in the State of New York.

     On August 14, 2020, I electronically filed the foregoing Objection to Plan with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following and also sent the same by regular mail, postage prepaid addressed as follows:

Robin K. M. Martini
98 Fair Street
Kingston, NY 12401

Brian C. Fetzko
Fetzko Law Offices, P.C.
12 Evergreen Drive
Suite 102
Middletown, NY 10940

 Trustee
Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207

                                                      /s/Nicole LaBletta
                                                      Nicole LaBletta, Esq