

Jan. 22, 2021

Hon.Cecelia G.. Morris
United States Bankruptcy Court
Southern District of New York
Poughkeepsie, NY

**Re:    Debtor: Robin K. Martini**
       **Case No.:20-35336**
       **Chapter 13**

Dear Honorable Judge Morris:

This office represents Servis One Inc. d/b/a BSI Financial Services ('Secured Creditor'). Please accept this letter as a status update on the above captioned matter. Debtor submitted a package within the timeframe required by this Court. On or about 1/21/21, Secured Creditor supplied Debtor, through counsel, with a missing documents letter.   Thank you.

                                        Respectfully submitted,


                                        __/s/Nicole LaBletta_____
                                        Nicole LaBletta, Esq.
                                        Pincus Law Group, PLLC
                                        425 RXR Plaza
                                        Uniondale, NY 11556
                                        (516) 699-8902

Cc:  All parties via ECF