

425 RXR Plaza, Uniondale, NY 11556
Phone: 516-699-8902
Fax: 516-279-6990
www.pincuslaw.com
Licensed in NY, NJ, FL, PA

Feb. 24, 2021

Hon.Cecelia G.. Morris
United States Bankruptcy Court
Southern District of New York
Poughkeepsie, NY

**Re:  Debtor: Robin K. Martini
Case No.:20-35336
Chapter 13**

Dear Honorable Judge Morris:

This office represents Servis One Inc. d/b/a BSI Financial Services ('Secured Creditor').  Please accept this letter as a status update on the above captioned matter.  Debtor submitted a package within the timeframe required by this Court.  On or about 1/21/21, Secured Creditor supplied Debtor, through counsel, with a missing documents letter.  The letter made clear that missing documents were due by 2/21/21 and the undersigned counsel also notated the due date separately in her email to Debtor's counsel.  Missing documents were not receive back and the loan was denied for missing documents on 2/22/21.  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　__/s/Nicole LaBletta_____
　　　　　　　　　　　　　　　　　　　　　Nicole LaBletta, Esq.
　　　　　　　　　　　　　　　　　　　　　Pincus Law Group, PLLC
　　　　　　　　　　　　　　　　　　　　　425 RXR Plaza
　　　　　　　　　　　　　　　　　　　　　Uniondale, NY 11556
　　　　　　　　　　　　　　　　　　　　　(516) 699-8902

Cc:  All parties via ECF